UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Richard Mack,  )
      Plaintiff,  )
      v.  )  Civil Action No. 08 0310
        )
John Roberts *et al.*,  )
      Defendants.  )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 12th day of February 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

                                                               /s/
                                              United States District Judge