UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Richard Mack,                )
                             )
         Plaintiff,          )
                             )
    v.                       )   Civil Action No. 08-0310
                             )
                             )
John Roberts *et al.*,       )
                             )
         Defendants.         )

ORDER

Plaintiff moves to vacate the dismissal Order of February 25, 2008. A motion for reconsideration of a final order need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted). The motion presents no grounds for relief under Fed. R. Civ. P. 60. Accordingly, it is this 25 day of March 2008,

ORDERED that plaintiff's motion for reconsideration [Dkt. No. 5] is DENIED.

United States District Judge